

Letter

PROVIDED TO MARTIN
4/17/25  MH
FOR

3:25cv-431-MMH-MCR

APR 21 2025 PM1:51
FILED - USDC - FLMD - JAX

Marquise Haynes 132670
Martin Correctional Institution
1150 S. W. Allapattah Rd.
Indiantown, FL 34956

Dear Juge, chief health officer, Medical executive director, The Regional mental health consultant, Director of mental health services and Secretary for health services This is Marquise Haynes D.C.#132670 I take medication for hearing vocie's. Mental health Doctor Geffrard has been Falisifed document's to cover up assualt; report to mental health staff/counsel that the vocie's are telling me to Kill seven people. I been asking for help some time the vocie's make do things I have no control over. Dr. Geffrard is refuse to allow me to be seen by The other psychiarist if my mental health record is reviewed Dr. Geffrard is refuse to allow me any real counseling I'll Iam only get seen for five min everytime the counsel pulled me out. I have suffered from anxiety, nightmare, mental and emotional distress, shame, hopelessness and depression as well as sexual abuse at the hands of people in charged of taken care of me. Everyday the vocies tell me to kill then before they Kill me atteck them fist. I need help I have been committed to mental health program's over 20th time's in my life I have

a history mental ill. I need group therapeutic activities
I need a residential continuum of care of specialized residental
mental health unit that provide augment out-patient mental
health treatment and habilitation services in a protective
enviroment for inmates with serious psychological problems
impairement associated with a historical inability to successfully
adjust to daily living in the incareration environment, my ~~imi~~
impairment render me incable of adjusting to the general inmate
population. Dr. ~~Greffrard~~ Greffrard is deney and refuse to have me
place on shos. The frist chance I get I star killing
people. I report to the correctional officer's thet
voice's are telling me to kill people I call psy
emergency the keep walking pass me. I need to
be seen by mental health every where. I no longer
want to live anymore. I need some one to report
the sexual harrasment on Sgt. Steapon 3-29-25
he called me a bitch time 5:00 pm To 5:40 pm on
camera footage & Audio why I was in cell #D1109
And later that day he stated who ever I
~~cat~~ catch fishing on my shift their fuck
time 10:00 pm To 11:30 pm. my diying wishing

I leave everything to my daughter serenity
smith And my brother keire Harvey.
Make sure my mother Alice Lumpkin
  she get Nothing.
date: 4-15-25                    marquise Haynes

D.C. #132620

Marquis Hampton DC# 06-MMH-32672
martin correctionan Institution
1150 SW Anattah Road
Indiantown, FL. 34956

WEST PALM BCH FL 334

17 APR 2025  PM 1  L

PROVIDED TO MARTIN
CORRECTIONAL INSTITUTION
ON 4/17/25
FOR MAILING

United State District Court
300 N. Hogan street suite # 9-150
Jacksonville, Florida 32202-4271

32202-427175

